IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:03-CR-209-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ERIKA F. WILSON, | ) | |
| Defendant, | ) | |
| and | ) | |
| CMC II LLC, | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 277) filed September 21, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 277) is **GRANTED**. The Order of Continuing Garnishment (Document No. 262) is **DISMISSED**.

**SO ORDERED**.   Signed: September 21, 2022

_David C. Keesler_
United States Magistrate Judge